The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  *Timothy Miles, s/k/a Timothy L. Miles*
    v. *Commonwealth of Virginia*
    Record No. 0288-22-2
    Opinion rendered by Senior Judge Haley on
    July 25, 2023

2.  *Jonathan Brenton Griffin*
    v. *Commonwealth of Virginia*
    Record No. 0485-22-4
    Opinion rendered by Judge Beales on
    August 1, 2023